**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DIANNA KRANNACKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Civil No. 18-1009** |
| | ) | |
| **HAMILTON HILLS, INC.** *trading and* | ) | |
| *doing business as* **HAMILTON HILLS** | ) | |
| **PERSONAL CARE FACILITY, and** | ) | |
| **RON OLENIK,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Presently before the Court is Plaintiff's Motion for Judgment on the Pleadings for Count One of Plaintiff's Complaint. ECF No. 49. Count One is asserted only against Defendant Hamilton Hills, Inc. t/d/b/a Hamilton Hills Personal Care Facility. Compl. at 7, ECF No. 1. Default was entered against this Defendant on December 28, 2018. ECF No. 13. Count One is not asserted against the remaining pro se Defendant, Ron Olenik. Accordingly, Plainitff's Motion for Judgment on the Pleadings is DENIED.

IT IS SO ORDERED, this 4th day of December, 2019

   s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Judge

cc:   RON OLENIK, pro se (via regular mail)
      153 CURRY AVE
      TURTLE CREEK, PA 15145